IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSHUA KASZUBA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-952-JPG-DGW |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**42 U.S.C. § 1983 SCHEDULING ORDER**

**WILKERSON, Magistrate Judge:**

The parties are reminded that they may, pursuant to Federal Rule of Civil Procedure 29, modify discovery dates occurring prior to the close of discovery, by agreement, without the Court's involvement, provided that neither the discovery cutoff and dispositive motion deadlines nor the settlement conference date are affected.

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on order of the Court.

Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be set for an informal telephonic discovery dispute conference. The party with the discovery dispute shall contact chambers to set up the teleconference and shall be responsible for initiating the conference call. The Court's teleconference number is (618) 482-9004. Written motions to compel or legal memoranda will not be accepted unless specifically requested by the Court. The parties are

directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/Wilkerson.aspx, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

I. **Initial Disclosures and Pretrial Filings**

    A. If Plaintiff was assessed an initial filing fee pursuant to 28 U.S.C. § 1915(b)(1), such initial filing fee must be paid, in full, by **March 18, 2016**. Failure to pay the initial filing fee by the deadline may result in dismissal of this action.

    B. Initial Disclosures shall by served by **March 18, 2016**. In addition to those categories contained in Rule 26(a)(1)(A), these disclosures shall include: For Plaintiff -- a statement of injuries and the relief sought, and information that may help identify any John Doe Defendants. For Defendant – incident reports, grievances, disciplinary tickets, cumulative counseling summary, shakedown slips (for property issues), correspondence with the chaplain (religious claims), and the identity of John Doe Defendants, if known.

    C. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by **April 15, 2016**.

    D. Any party entering an appearance after the date of this Order shall make the required disclosures within 30 days from his appearance in this case. Plaintiff will make his required disclosures within 30 days from the new party's appearance.

    E. Motions to amend the pleadings shall be filed by **June 10, 2016**.

**II. Discovery**

A. Any interrogatories, requests for production of documents, or requests for admissions shall be served so as to allow the answering party the full thirty-day period provided by the Federal Rules of Civil Procedure in which to respond.

B. Defendants are granted leave to depose Plaintiff pursuant to Rule 30(a)(2) by **August 12, 2016**.

C. Defendant's deposition shall be taken by **August 12, 2016**.

D. The parties are granted leave to depose other incarcerated person pursuant to Rule 30(a)(2) by agreement provided that the number does not exceed 2 each. If the parties wish to depose more than 2 incarcerated persons, they shall seek leave of Court.

E. If the parties believe that expert discovery is necessary, they must file a motion by **May 13, 2016**.

F. All discovery must be completed by **October 14, 2016**. Pursuant to Fed.R.Civ.P. 26(e), the parties are under an ongoing obligation to supplement the disclosures and production in this case.

**III. Dispositive motions**

A. Any dispositive motion raising the affirmative defense of *qualified immunity* or *failure to exhaust administrative remedies* shall be filed by **March 31, 2016.** Upon the filing of a dispositive motion raising the *affirmative defense of failure to exhaust administrative remedies*, the following procedures shall apply:

1. Along with the motion, Defendant shall serve upon Plaintiff copies of all documents relevant to the issue of exhaustion.

      2.      In responding to the motion, Plaintiff shall serve upon Defendant copies of all documents in his possession relevant to the issue of exhaustion.

      3.      The parties should not conduct discovery on the merits until the question whether of Plaintiff has exhausted his administrative remedies within the meaning of the Prison Litigation Reform Act has been resolved. *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008).

      4.      A hearing on the issue of exhaustion of administrative remedies will be set, if necessary, by separate Order.

B.    All other dispositive motions shall be filed by **November 15, 2016**.

## IV. Trial Schedule

A.    Extensions of these deadlines will only be granted in the rarest of circumstances, as the usual difficulties and delays associated with prisoner litigation have been taken into account in setting the pretrial schedule.

B.    If the parties believe that a settlement conference would be beneficial, they should contact chambers forthwith.

C.    A pretrial conference is **SET** on **March 28, 2017 at 3:00 p.m.** before United States Magistrate Judge Donald G. Wilkerson. Defendant(s) shall draft and present to Plaintiff for approval a proposed Final Pretrial Order at least 14 days prior to this conference. The proposed Final Pretrial Order shall be submitted 3 days prior to the conference. If the parties cannot agree as to the proposed Final Pretrial Order, they shall submit separate proposed Final Pretrial Orders 3 days prior to the conference.

    D.    A final pretrial conference is **SET** for **April 12, 2017 at 9:30 a.m.** and a Jury Trial is **SET** for **April 24, 2017 at 9:00 a.m.**, both before Senior United States District Judge J. Phil Gilbert.

**IT IS SO ORDERED**

**DATED: February 19, 2016**

                                         **DONALD G. WILKERSON**
                                         **United States Magistrate Judge**